**A. L. McALISTER TRUCKING CO.,**
**Plaintiff-Appellee,**

v.

**BHY TRUCKING INC.,**
**Defendant-Appellant.**

**No. 80–1179.**

United States Court of Appeals,
Fifth Circuit.
Unit A

April 17, 1981.

John W. Carlisle, Missouri City, Tex., for defendant-appellant.

Sherrill, Pace, Rogers, Crosnoe & Morrison, James B. Williamson, Lonny D. Morrison, Wichita Falls, Tex., for plaintiff-appellee.

Before BROWN, WISDOM and RANDALL, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed in all respects. This appeal is frivolous. We therefore award double costs to the appellee. *See* 28 U.S.C. § 1912 (1976); Fed.R.App.P. 38. Under California law, the appellee is also entitled to attorneys fees for its appeal. *See T.E.D. Bearing Co. v. Walter E. Heller & Co.*, 38 Cal.App.3d 59, 112 Cal.Rptr. 910, 914–15 (Cal.App.1974). We need not, however, remand this case to the district court for a determination of the exact amount of these fees. *E. g., In re TMT Trailer Ferry, Inc.*, 577 F.2d 1296, 1304 (5th Cir. 1978). In the interests of judicial economy, we award $1,000 to the appellee for its attorneys fees on appeal.

AFFIRMED.